IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TAMMY STORMS, ASHLEY STORMS, ) <br> and SARA TYLKOWSKI, on behalf of ) <br> themselves and other persons ) <br> similarly situated, ) <br> ) <br>       Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NIMESH PATEL, SHRI BANGALEY, ) <br> L.A. TAN ENTERPRISES, INC., ) <br> TAN EXTREME, INC., SOLA ROCHELLE ) <br> TAN, INC., CRYSTAL LAKE TAN, INC., ) <br> SONA HOFFMAN TAN, INC., SONA ) <br> PALATINE TAN, INC., and SONA ) <br> MCHENRY VIDEO, INC., ) <br> ) <br>       Defendants. ) | No. 1:11-cv-6743 <br><br> Judge Leinenweber <br><br> Magistrate Judge Finnegan |

**PLAINTIFFS' UNCONTESTED MOTION FOR FINAL APPROVAL OF CLASS
ACTION SETTLEMENT AND AWARD OF ATTORNEYS' FEES**

    Pursuant to Fed. R. Civ. P. 23(e) and 29 U.S.C. § 216, Plaintiffs move this Court to enter an order finally approving the Settlement Agreement that this Court preliminarily approved on November 29, 2012. In support of this Motion, Plaintiffs have submitted a Memorandum in Support of Their Motion for Final Approval of Class Action and Award of Attorneys' Fees. A draft order is attached as Exhibit 4 to that Memorandum.

    WHEREFORE, the Plaintiffs ask the Court to enter the order attached as Exhibit 4 to Plaintiffs' Memorandum in Support of Their Uncontested Motion For Final Approval of Class Action Settlement and Award of Attorneys' Fees, or such similar order as the Court deems appropriate.

2

          Respectfully submitted,

          /s/   Christopher J. Wilmes

Mark S. Dym
Terence Moran
Christopher J. Wilmes
HUGHES, SOCOL, PIERS, RESNICK & DYM, LTD.
Three First National Plaza
70 West Madison Street
Suite 4000
Chicago, Illinois 60602